JAMAICA SAVINGS BANK, Appellant, v. M. S. INVESTING CO., INC., and Others, Defendants, and WILLIAM E. KENNEDY and COLLEY E. WILLIAMS, Respondents.—

Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 248 App. Div. 918.] Questions to be certified. Motion for resettlement of order denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. Settle order on two days' notice.